NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**HARVEST INSTITUTE FREEDMAN FEDERATION, AND BLACK INDIANS LEGAL DEFENSE AND EDUCATIONAL FUND,**
*Plaintiffs,*

AND

**WILLIAM WARRIOR,**
*Plaintiff-Appellant,*

AND

**LEATRICE TANNER BROWN,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5118

---

Appeal from the United States Court of Federal Claims in case no.06-CV-907, Senior Judge Robert H. Hodges, Jr.

---

**ON MOTION**

---

# ORDER

Plaintiffs move to reinstate the appeal that was dismissed for failure to pay the required docketing fee. The docketing fee has been paid.

Upon consideration thereof,

IT IS ORDERED THAT:

The appeal is reinstated. The appellants' opening briefs are due within 21 days of the date of this order.

FOR THE COURT

SEP 1 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  William Warrior (informal brief form enclosed)
Leatrice Tanner Brown (informal brief form enclosed)
Daniel G. Steele, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2012

JAN HORBALY
CLERK